AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

TIMOTHY GRADY, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,                  PLAINTIFF

V.

SUN LIFE ASSURANCE COMPANY OF
CANADA INC., ET AL.
                    DEFENDANTS.

FILED
CLERKS OFFICE

2004 FEB -3 P 12: 13

DISTRICT COURT
DISTRICT OF MASS.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 04-10089 JLT

TO: (Name and address of Defendant)

John T. Donnelly
c/o Sun Life Assurance Company of
Canada Inc.
One Sun Life Executive Park SC 2132
Wellesley Hills, MA 02481

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE   1-17-04



**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

January 22, 2004

I hereby certify and return that on 1/20/2004 at 09:20 am I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Audrey Evans, paralegal, , person in charge at the time of service for John T. Donnelly , at c/o Sun Life Assurance Company of Canada, One Sun Life Executive Park, SC2132 Wellesley Hills, MA 02481.   Copies-Attestation ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00) Total Fees: $36.00

_____
Deputy Sheriff

**Deputy Sheriff <ServingDeputy>**

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                    *Signature of Server*

                              _____
                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.