AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of
MASSACHUSETTS

TIMOTHY GRADY, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,                     PLAINTIFF

V.

SUN LIFE ASSURANCE COMPANY OF
CANADA INC., ET AL.

                    DEFENDANTS

FILED
IN CLERK'S OFFICE

2004 FEB -3 P 12: 13

**SUMMONS IN A CIVIL CASE**

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER:

04 - 10089

TO: (Name and address of Defendant)

Davey S. Scoon
c/o Sun Life Assurance Company of
Canada Inc.
One Sun Life Executive Park SC 2132
Wellesley Hills, MA 02481

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                    DATE   1-13-04

(By) DEPUTY CLERK



**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

January 22, 2004

I hereby certify and return that on 1/21/2004 at 09:20 am I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Audrey Evans, paralegal, , person in charge at the time of service for Davey S. Scoon , at c/o Sun Life Assurance Company of Canada,  One Sun Life Executive Park, SC2132 Wellesley Hills, MA 02481.   Copies-Attestation ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00)  Total Fees: $36.00

*Deputy Sheriff*

**Deputy Sheriff <ServingDeputy>**

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                          *Date*                                   *Signature of Server*


                                             _____
                                                               *Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.