# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY GRADY, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA INC., SUN LIFE ASSURANCE COMPANY OF CANADA U.S. BENEFIT PLANS COMMITTEE, JANET V. WHITEHOUSE, GREGG A. FRADKIN, CLAUDE ACCUM, MICHAEL E. SHUNNEY, JOHN T. DONNELLY, DAVEY S. SCOON, ROBERT P. VROLYK, ROBIN L. CAMARA, AND DOES 1-100,<br><br>               Defendants. | CIVIL ACTION NO. 04-10089 JLT |

## STIPULATION TO EXTEND TIME

The plaintiff and defendants through their respective undersigned counsel, hereby stipulate and agree that the time by which the defendants shall answer, move or otherwise respond to the Complaint in the above-entitled action is extended to March 24, 2004.

Respectfully submitted,

TIMOTHY GRADY, Individually and on behalf of all others similarly situated,

By his attorneys,

David Pastor (BBO No. 391000)
GILMAN & PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
(781) 231-7850

Richard S. Schiffrin
Joseph H. Meltzer
Edward W. Ciolko
Edward W. Chang
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706

Respectfully submitted,

SUN LIFE ASSURANCE COMPANY OF CANADA INC., SUN LIFE ASSURANCE COMPANY OF CANADA U.S. BENEFIT PLANS COMMITTEE, JANET V. WHITEHOUSE, GREGG A. FRADKIN, CLAUDE ACCUM, MICHAEL E. SHUNNEY, JOHN T. DONNELLY, DAVEY S. SCOON, and ROBERT P. VROLYK.

By their attorneys,

Kevin J. Lesinski (BBO No. 554140)
Kristin G. McGurn (BBO No. 559687)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

Dated: February 27, 2004

SO ORDERED:

______________________________

United States District Judge