UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

TIMOTHY GRADY, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

SUN LIFE ASSURANCE COMPANY OF CANADA INC., SUN LIFE ASSURANCE COMPANY OF CANADA U.S. BENEFIT PLANS COMMITTEE, JANET V. WHITEHOUSE, GREGG A. FRADKIN, CLAUDE ACCUM, MICHAEL E. SHUNNEY, JOHN T. DONNELLY, DAVEY S. SCOON, ROBERT P. VROLYK, ROBIN L. CAMARA, AND DOES 1 - 100,

Defendants.

Civil Action No. 04-10089-JLT

---

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Timothy Grady, hereby voluntarily dismisses this action in its entirety against all Defendants. Rule 41(a)(1) allows a voluntary dismissal of this action as of right because neither an answer to the Complaint nor a motion for summary judgment has been served.

00001942.WPD ; 1

This dismissal is without prejudice, without costs and is not intended to operate as an adjudication upon the merits of any claim asserted in this action.

Respectfully submitted,

TIMOTHY GRADY, Individually and
on behalf of all others similarly situated,

By his attorneys,

_____
David Pastor (BBO #391000)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
(781) 231-7850

Richard S. Schiffrin
Joseph H. Meltzer
Edward W. Ciolko
Edward W. Chang
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Dated: March 12, 2004                               (610) 667-7706

## CERTIFICATE OF SERVICE

I Hereby Certify That A True Copy of
The Above Document Was Served Upon
The Attorney Of Record For Each Other
Party By Mail (By Hand) On 3/12/04
_____